IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**MARY BONNER, administrator of the Estate of Barry Bonner,**

**Plaintiff,**

**v.**

**UNION PACIFIC RAILROAD COMPANY, JOHN CLEMONS, and other unknown railroad policemen,**

**Defendants.**                                             No. 06-226-DRH

## ORDER OF DISMISSAL

**HERNDON, Chief Judge:**

The Stipulation for Dismissal having been executed by counsel for all parties and filed with this Court (Doc. 27), **IT IS ORDERED** that this action is hereby dismissed with prejudice. Each party to bear its own costs. Clerk to enter judgment accordingly.

**IT IS SO ORDERED**.

Signed this 23rd day of January, 2008.

/s/     DavidRHerndon
**Chief Judge**
**United States District Court**