# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**MARY BONNER, administrator**
**of the Estate of Barry Bonner,**

    **Plaintiff,**

    vs.                                   Cause No. 06-CV-226 DRH

**UNION PACIFIC RAILROAD**
**COMPANY,**

    **Defendant**.

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** with each party to bear its own costs.------------------------------------------------------------------------

**NORBERT G. JAWORSKI, CLERK**

January 24, 2008                             By:   s/Patricia Brown
                                                     Deputy Clerk

APPROVED: /s/ DavidRHerndon
                **CHIEF JUDGE**
                **U.S. DISTRICT COURT**